UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYWAN IVERSON, #254815,

    Plaintiff,

v.

File no: 1:06-CV-622

HON. ROBERT HOLMES BELL

"JOHN DOE" WILLIAMS, et al.,

    Defendants.
    _____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendants' motion for summary judgment (docket #8) is **DENIED** as to plaintiff's Eighth Amendment claims against defendants Williams and Perry in their individual capacities for monetary damages for deliberate indifference to the serious risk of assault by prisoner Morales. The defendants' motion for summary judgment as to all other claims is **GRANTED**.

Date:   November 8, 2007            /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE